United States Courts
Southern District of Texas
FILED

SEP 18 2025

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § § § | |
| v. | CRIMINAL No. 4:25-cr-490 |
| DANIEL LEE ANTROBIUS | |

## INFORMATION

THE UNITED STATES ATTORNY CHARGES THAT:

### COUNT ONE

(Title 18, U.S.C., §1709 Theft of Mail)

On or about May 1, 2023, and continuing through on or about October 18, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**DANIEL LEE ANTROBIUS,**

the defendant herein, a United States Postal Service employee, did embezzle, steal, and remove cash money from a letter and mail, which came into the defendant's possession while being forwarded through and delivered from a postal station established by the authority of the Postal Service.

In violation of Title 18, United States Code, Section 1709.

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TEXAS
BY:

*Craig M. Feazel*
Craig M. Feazel
Assistant United States Attorney
713-567-9000

1